JUDGE KAPLAN

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------x
                                    :
UNITED STATES OF AMERICA
                                    :    INDICTMENT
        - v. -
                                    :    07 Cr.
GEORGE CRAWFORD,
                                    :
             Defendant.
                                    :
------------------x

07 CRIM 509

COUNT ONE

The Grand Jury charges:

1. From in and around October 2002, up to and including in and around December 2002, in the Southern District of New York and elsewhere, GEORGE CRAWFORD, the defendant, unlawfully, willfully, and knowingly, did embezzle, steal, purloin, and convert to his own use and the use of another vouchers, money and things of value of the United States and a department and agency thereof and did receive, conceal, and retain the same with intent to convert it to his own use and gain, knowing it to have been embezzled, stolen, purloined and converted, the value of which exceeded $1,000, to wit, CRAWFORD applied for and received under false pretenses approximately $4,569 in federal funds intended to assist with the September 11 recovery efforts in lower Manhattan.

(Title 18, United States Code, Section 641.)

_____        _____
FOREPERSON                     MICHAEL J. GARCIA
                               United States Attorney