```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA        :    MISDEMEANOR
                                     INFORMATION
           - v. -                :
                                     S2 07 Cr. 509 (TPG)
GEORGE CRAWFORD,                 :

           Defendant.            :

- - - - - - - - - - - - - - - - x
```

COUNT ONE

The United States Attorney charges:

From in and around October 2002, up to and including in and around January 2003, in the Southern District of New York and elsewhere, GEORGE CRAWFORD, the defendant, unlawfully, willfully and knowingly, did embezzle, steal, purloin, and convert to his use and the use of another, vouchers, money and things of value of the United States and a department and an agency thereof, which did not exceed the sum of $1,000, and did receive, conceal, and retain the same with intent to convert it to his use and gain, knowing it to have been embezzled, stolen, purloined and converted, to wit, CRAWFORD applied for and received, under false



pretenses, federal funds intended to assist with the September 11 recovery efforts in lower Manhattan.

(Title 18, United States Code, Section 641.)

*/s/ Michael J. Garcia*
MICHAEL J. GARCIA
United States Attorney

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

GEORGE CRAWFORD,

Defendant.

### INDICTMENT

S2 07 Cr. 509 (TPG)

(18 U.S.C. § 641)

MICHAEL J. GARCIA
United States Attorney.

**A TRUE BILL**

Foreperson.